AURORA BAMBACE, Respondent, v. ANN C. MULLEN, Appellant, and ROCCO MOTOR SALES CORPORATION et al., Impleaded Defendants, Respondents.—

Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

WALTER BLANCHARD, Respondent, v. OTIS ELEVATOR COMPANY, Appellant.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Taylor, JJ.